**[8reassign]** [Notice of Reassignment of Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                     Case No. 8:01−bk−15967−TEB
                                                                           Chapter 7

Globalaxxess.com Inc.
40 North Osprey Ave., Ste D
Sarasota, FL 34236




_____Debtor(s)_____/


NOTICE OF REASSIGNMENT OF CASE


   NOTICE IS HEREBY GIVEN THAT:

   The above−captioned case has been reassigned to the Honorable Thomas E. Baynes Jr. including all adversary proceedings that may be pending. Any hearing that may be scheduled before the Honorable C. Timothy Corcoran III is hereby canceled and will be rescheduled before the successor judge assigned. The above−assigned case number reflects the change of the judge assigned to this case and should be reflected on all documents filed in the case in the future.


   DATED on May 12, 2003

                                        BY THE COURT
                                        David K Oliveria , Clerk of Court

                                        Sam M. Gibbons United States Courthouse
                                        801 North Florida Avenue Suite 727
                                        Tampa, FL 33602

# CERTIFICATE OF SERVICE

```
District/off: 113A-8          User: mtina              Page 1 of 1              Date Rcvd: May 12, 2003
Case: 01-15967                Form ID: 8reassgn        Total Served: 30
```

The following entities were served by first class mail on May 14, 2003.
```
db          Globalaxxess.com Inc.,    40 North Osprey Ave., Ste D,    Sarasota, FL  34236
aty         Scott D. Larue,    1100 Cleveland St., Suite 1617,    Clearwater, FL  33755
tr          Stephen L. Meininger,    711 North Florida Ave., Suite 260,    Tampa, FL  33602
4720622     Abel Band Et Al,    C/o Cheryl Gordon,    240 Pineapple Ave.,    Sarasota, FL 34236
4720633     Assistant United States Trustee,    Timberlake Annex, Suite 1200,    501 E. Polk Street,
              Tampa, FL 33602
4720637     Bellsouth,    12dd1 - 301 W Bay St,    Jacksonville, Fl 32202
4720635     Biskie Michael J.,    1579 Sw 18th Street,    Williston, Fl 32696
4720646     Ceridian Corporation,    Bankruptcy Processing,    9150 S. Hills Blvd. #100,
              Broadview Heigh, OH 44147
4720634     Cfo Resources Inc.,    771 Clawson Avenue,    Hillsborough, Nj 08844
4720636     David R. Schachter Esquire,    2a Olde Willow Way,    Briarcliff Mano, Ny 10510
4720649     Duke-weeks Realty Ltd Partnership,    Joseph P Rusnak, Esq.,    315 Deaderick St.,
              Nashville, TN 37238
4720643     Entech Corporation,    C/o Bill Mceachern, Jr., Esquire,    5041 Bayou Blvd., Suite 300,
              Pensacola, FL 32503
4720640     Federal Express Corporation,    Attn: Revenue Recovery/bankruptcy,    2005 Corporate Avenue, 2nd Floor,
              Memphis, TN 38132
4720623     Gordon E. Hannaway,    David R. Schachter,    2a Olde Willow Way,    Briarcliff Mano, NY 10510
4720624     Great American Leasing,    Dept 8742,    135 Lasalle St.,    Chicago, IL 60674
4720638     Greatamerica Leasing Corp,    PO Box 609,    Cedar Rapids, Ia 52406-0609
4720625     Hannaway Ventures Inc.,    C/o David R. Schachter,    2a Olde Willow Way,    Briarcliff Mano, NY 10510
4720631     Internal Revenue Service,    Attn: Chief, Insolvency,    P. O. Box 17167, Stop 5730,
              Fort Lauderdale, FL 33318
4720627     It Ventures Llc,    David R. Schachter, Esq.,    2a Olde Willow Way,    Briarcliff Mano, NY 10510
4720642     Mc Group Llc,    C/o Bill Mceachern, Jr., Esquire,    5041 Bayou Blvd., Suite 300,
              Pensacola, FL 32503
4720641     Michael Gay Esquire,    POSt Office Box 2193,    Orlando, Fl 32802-2193
4720644     Nissan Motor Acceptance Corp.,    C/o Schuyler S. Smith, Esquire,    Post Office Box 53197,
              Jacksonville, FL 32201-3197
4720632     Office Of U.s. Attorney,    Attn: Civil Process Clerk,    400 North Tampa St., Suite 3200,
              Tampa, FL 33602
4720651     Shondar Franer Auctioneer,    Bay Area Auction Svc Inc,    8010 Us Hwy 19 N,
              Pinellas Park, FL 33781
4720629     Southtrust Bk./chernau Chafffin&bur,    Suntrust Center, Suite 1750,    424 Church St.,
              Nashville, TN 37219
4720645     Staffing Alliance Inc.,    Les Mcfatter, Esquire,    215 S. Monroe Street, Suite 600,
              Tallahassee, FL 32301
4720639     Stephen M Cohen,    % William J Greene, Pa,    4300 Bayou Blvd, Ste 13,    Pensacola, FL 32503-2671
4720648     Stephen M Cohen,    C/o W J Green, Esq.,    4300 Bayou Blvd. Ste 13,    Pensacola, FL 32503
4720630     T. Michael Roser,    David R. Schachter, Esq.,    2a Olde Willow Way,    Briarcliff Mano, NY 10510
4720650     Xerographics,    Bk Dept./ccc Of New York,    P.o. Box 740,    Buffalo, NY 14217
```
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4720628     Pension Pubs Ltd/east Wing 4th Flr.,    Hipe House,    45 Great Peter St., Westminster,
              London Swip 3lt,
4720647*    Mc Group Llc,    C/o Bill Mceachern, Jr., Esquire,    5041 Bayou Blvd., Suite 300,
              Pensacola, FL 32503
```
                                                                                           TOTALS: 1, * 1

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: May 14, 2003**              **Signature:**     *Joseph Speetjens*